**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:12cr40**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **(1) SENITA BIRT DILL and** | ) | |
| **(2) RONALD JEREMY KNOWLES.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 26].

For cause shown, the Court will grant the Government's motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 26] is **GRANTED**, and the Bill of Indictment [Doc. 8] is hereby **DISMISSED WITHOUT PREJUDICE** with respect to Defendants Senita Birt Dill and Ronald Jeremy Knowles.

**IT IS SO ORDERED.**

Signed: November 5, 2012

Martin Reidinger
United States District Judge